**Order entered August 8, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00659-CV

**DELORIS PHILLIPS, Appellant**

**V.**

**PORSHALA DANYEL PHILLIPS AND WILLIAM BRENT, Appellees**

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-00541**

## ORDER

Before the Court is appellant's August 6, 2018 second motion for extension of time to file her jurisdictional letter brief. We **GRANT** the motion and **ORDER** the letter brief be filed no later than August 20, 2018. We caution appellant that failure to file the letter brief may result in this appeal being dismissed without further notice. *See* TEX. R. APP. P. 42.3(a),(c).


/s/     DAVID EVANS
          JUSTICE